**Andrew GROSSO v. UNITED STATES of America.**

**No. 437.**

Circuit Court of Appeals, Tenth Circuit.

April 13, 1931.

Charles T. Mahoney and Harold G. King, both of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed April 13, 1931, per stipulation.

**Richard GROSSO v. UNITED STATES of America.**

**No. 439.**

Circuit Court of Appeals, Tenth Circuit.

April 13, 1931.

Charles T. Mahoney and Harold G. King, both of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed April 13, 1931, per stipulation.

**HARTFORD–EMPIRE COMPANY, Petitioner, v. Charles B. FARIS, District Judge.**

**No. 362.**

Circuit Court of Appeals, Eighth Circuit.

March 26, 1931.

A. C. Paul, of Chicago, Ill., for petitioner.

Lawrence C. Kingsland, of St. Louis, Mo., for respondent.

PER CURIAM.

Motion for leave to file petition for writ of mandamus and prohibition granted, and petition denied.

**HEIMAN GROCERY COMPANY, Appellant, v. Noah CROOKS, Collector, etc.**

**No. 9065.**

Circuit Court of Appeals, Eighth Circuit.

April 15, 1931.

A. E. Watson and Daniel C. Ketchum, both of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Harry L. Thomas, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellant. [44 F.(2d) 854].